**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7802**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOHN MACK GRIFFITH,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CR-94-14, CA-97-240-R)

───────────

Submitted: February 25, 1999          Decided: March 10, 1999

───────────

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

John Mack Griffith, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Mack Griffith seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>United States v. Griffith</u>, Nos. CR-94-14; CA-97-240-R (W.D. Va. Mar. 9 & Oct. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>